pendent Steel Workers Alliance, respondents.

No. 453. PENFIELD COMPANY ET AL. *v.* SECURITIES & EXCHANGE COMMISSION. November 18, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit granted. *Morris Lavine* for petitioners. *Acting Solicitor General Washington, Roger S. Foster* and *Robert S. Rubin* for respondent.

No. 320. ELLIS *v.* UNION PACIFIC RAILROAD Co. November 25, 1946. Petition for writ of certiorari to the Supreme Court of Nebraska granted. *L. Wm. Crawhall* for petitioner. *Thomas W. Bockes* for respondent.

No. 368. SIOUX TRIBE OF INDIANS *v.* UNITED STATES. See *ante*, p. 684.

No. 606. UNITED STATES *v.* BAYER ET AL. December 9, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Solicitor General McGrath* for the United States. *Charles H. Tuttle* for Samuel Bayer; *Archibald Palmer* and *I. Maurice Wormser* for Elias Bayer; and *Samuel T. Ansell* and *Roger Robb* for Walter V. Radovich, respondents.

No. 626. MARKHAM, ALIEN PROPERTY CUSTODIAN, *v.* ALLEN ET AL. December 9, 1946. Petition for writ of